**Order entered June 1, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00282-CV

**RODERICK JOHNSON, Appellant**

**V.**

**DALLAS INDEPENDENT SCHOOL DISTRICT, ET AL., Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-00004**

## ORDER

We **GRANT** appellant's May 27, 2016 motion for extension of time to secure funds for payment of the fee for the clerk's record. The fee for the clerk's record shall be paid by **JUNE 30, 2016** and the clerk's record shall be filed no later than **JULY 11, 2016**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Felicia Pitre, Dallas County District Clerk, and counsel for all parties.

/s/    CRAIG STODDART
        JUSTICE